UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
RUBEN TORRES,

                        Plaintiff,                      **ORDER**
                                       14-CV-4949 (CLP)
      -against-

INDIVIDUAL TRANSPORTATION
SERVICES, INC., et. al,

                        Defendants.

-------------------------------------------------------------- x

POLLAK, United States Magistrate Judge:

On August 20, 2015, plaintiff Ruben Torres commenced this action against defendants

Individual Transportation Services, Inc. ("Individual Transportation"), Michael J. Schwegler,

and Bonnie A. Mislowack (collectively, "defendants"), alleging that defendants failed to pay

plaintiff overtime and spread-of-hours wages in violation of the Fair Labor Standards Act and

New York Labor Law.

The Court supervised discovery in this matter and the parties participated in a settlement

conference before the undersigned on June 9, 2015.  On June 26, 2015, plaintiffs' counsel, on

behalf of all parties, advised the Court that the parties had reached a settlement.  That same day,

the Court Ordered the parties to file a stipulation of discontinuance by July 27, 2015.  On July 7,

2015, the Honorable Nicholas G. Garaufis endorsed the parties' consent to the undersigned to

conduct all further proceedings in this case.  On July 28, 2015, the Court received the parties'

proposed settlement agreement.

Having considered the plaintiff's claims and the nature of this action, as well as the

proposed settlement agreement, and having supervised discovery and participated in the

settlement negotiations, the Court finds the settlement to be fair and reasonable and hereby approves the settlement.

The parties are hereby Ordered to file a stipulation of discontinuance by **September 3, 2015.**

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
      August 6, 2015

/s/ CHERYL L. POLLAK    8/6/15

Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York