UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUBEN TORRES,

                Plaintiffs,

against

INDIVIDUAL TRANSPORTATION SERVICE INC.,
MICHAEL J. SCHWEGLER and BONNIE A.
MISLOWACK,

                Defendants.
-----------------------------------------------------------X

Case No. 14-cv-04949

**VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice and without costs to either party.

The Court shall retain jurisdiction over the Confidential Severance Agreement and Release for the purposes of the enforcement of the provisions thereof.

Dated: New York, New York
        August 14, 2015

BOND SCHOENECK & KING,

By: _____
David E. Prager
600 Third Avenue, 22nd Floor,
New York, NY 10016-1915
(646) 253-2300
*Attorney for Defendants*

Dated: New York, NY
        August 14, 2015

LAW OFFICES OF WILLIAM CAFARO

By: _____
William Cafaro
Amit Kumar
108 West 39th Street, Suite 602
New York, New York 10018
(212) 969-3000
*Attorneys for Plaintiffs*

SO ORDERED THIS 18 DAY
OF August, 2015
/s/ Cheryl L. Pollak

8/18/15

EXECUTION COPY

83473.2 7/28/2015